In the Matter of JEAN TALBOT, Judgment-Creditor-Respondent, against H. THORNLEY MARTIN, Judgment-Debtor-Appellant; MATILDA LEACOCK, Assignee-Appellant, and CUSHMAN AND WAKEFIELD, INC., Third Party.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

MAURICE BUSH, an Infant, by SAMUEL S. BUSH, His Guardian ad Litem, et al., Appellants, v. SONIA WASOFF et al., Respondents. — Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

EVA NATHAN et al., Appellants, v. STRATFORD HOLDING CORPORATION, Respondent, et al., Defendants.—Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

JULIA FIGUEROA, Respondent, v. THIRD AVENUE TRANSIT CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. The date for the discovery and inspection to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of SOPHIE BERGSTEIN, Respondent, against GLUCKSTERN'S RESTAURANT, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

JOSEPH SCHORR v. NEW YORK CITY HOUSING AUTHORITY.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Present — Martin, P. J., Glennon, Dore, Callahan and Peck, JJ. [See ante, p. 339.]

In the Matter of ROSE L. MIRANDA against ORDWAY TEAD et al., Constituting the Board of Higher Education of the City of New York.— Motion for leave to appeal to the Court of Appeals granted. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See ante, p. 804.]

CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustee of a Trust Agreement Made by SIMON ASCHER, Deceased, to Central Union Trust Company of New York, v. RUTH A. CARO et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Cohn and Peck, JJ. [See ante, p. 803.]

## (March 15, 1946.)

BENJAMIN H. ROTH et al., Copartners Doing Business under the Name of B. H. ROTH & CO., Appellants, v. MILTON ZAIDENBERG, Respondent.— Order and interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

CARMELA SGANDURRA, as Administratrix of the Estate of SEBASTIAN SGANDURRA, Deceased, Respondent, v. 220 ESTATES, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [185 Misc. 283.] [See post, p. 884.]

MADELEINE D. TOWNSEND, Appellant, v. REGINALD T. TOWNSEND, Respondent.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY SCHERLOFF, Appellant, et al., Defendants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.